# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Gerard Nicholas Torry
Attorney at Law
516 Napoleon St.
Baton Rouge LA 70802

**REHEARING ACTION: September 28, 2011**

**Docket Number: 11   00859-CW**

**SUCCESSION OF SIMON HARRELL,
ET AL.
VERSUS
ERRIS-OMEGA PLANTATION,
ET AL.**

**Writ Application from Rapides Parish Case No. 222,091**

**BEFORE JUDGES:**

   **Hon. Ulysses Gene Thibodeaux
   Hon. Sylvia R. Cooks
   Hon. John D. Saunders**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Succession of Simon Harrell and Clara Harrell** has this day

been

   **DENIED.**

cc: Michael L. Glass, Counsel for  the Respondent
    Myles J. Johnson, Counsel for  the Respondent